UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH WAHMHOFF, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:17-cv-00431 |
| vs. | ) |
| | ) Hon. Janet T. Neff |
| FIFTH THIRD BANK, | ) Magistrate Judge Ellen S. Carmody |
| Defendant. | ) |

**STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the entry of this Order, as evidenced by the signatures of their respective counsel below, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice and without costs as to either party.

Dated: November 1, 2017

/s/ Janet T. Neff
Hon. Janet T. Neff
U.S. District Court Judge

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
*Counsel for Plaintiff*

/s/ Jason M. Renner
Jason M. Renner (P74476)
900 Wilshire Drive, Suite 300
Troy, MI 48084
(248) 203-1632
jason.renner@dinsmore.com
*Counsel for Defendant*